# DOMINIQUE CHODION
v.
## JAMES MAY

### 1811

### Journal Entries

1. Declaration filed; rule to plead . . . . . *Journal, infra,* \*p. 369
2. Plea; issue; continuance . . . . . . . . . . " 404

### Papers in File

1. Capias and return . . . . . . . . . . . . . .
2. Declaration; plea . . . . . . . . . . . . . .

# JOSEPH KING
v.
## JEAN BAPTISTE BEAUGRAND

### 1811

### Journal Entries

1. Declaration filed; rule to plead . . . . . *Journal, infra,* \*p. 369
2. Special bail . . . . . . . . . . . . . . " 372

### Papers in File

1. Capias and return . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . .